ORIGINAL

RICHARD T. PAFUNDI, ESQ. #2865
Hawa'iki Tower
88 Piikoi St. #404
Honolulu, Hawaii 96814
PH: 591-0250

COURT-APPOINTED
ATTORNEY FOR DEFENDANT-
APPELLANT
AMANDO GALINDO-PALAYAO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 4 o'clock and 29 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV. NO. 05-00090 HG |
| | ) CR. NO. 00079-001 |
| Plaintiff - Appellee | ) DEFENDANT-APPELLANT |
| | ) AMANDO GALINDO PALAYO'S |
| | ) NOTICE OF APPEAL |
| vs. | ) |
| Amando Galindo-Palayo STACY HUNTER (09), | ) |
| Defendant-Appellant. | ) |

<u>DEFENDANT-APPELLANT AMANDO GALINDO-PALAYO'S NOTICE OF APPEAL</u>

NOTICE is hereby given that AMAND GALINDO-PALAYO, defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the Court denying his Motion to Vacate, Set Aside or Correct Federal Sentence entered in this proceeding on the 20th day of December, 2005 in the above

entitled court.

    Dated: Honolulu, Hawaii,    1/3/06

---

Richard T. Pafundi, Esq.
Court appointed attorney
AMANDO GALINDO-PALAYO