

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII
### OFFICE OF THE CLERK
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300
Fax 541-1303

---

**TO:** Judge Helen Gillmor

**FROM:** Sue Beitia, Clerk

**DATE:** 1/5/2006

**RE:** CERTIFICATE OF APPEALABILITY in the below mentioned case:

CR 03-00079 HG-01/CV 05-00090 HG-KSC
United States of America vs. Amando Galindo-Pelayo

<u>Item Pending:</u>
Notice of Appeal, filed January 3, 2006 regarding "Order Denying in Part Under 28 USC 2255 to Vacate, Set Aside and Correct Sentence", filed on December 20, 2005