ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

LODGED

JAN 1 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

RICHARD T. PAFUNDI, ESQ. #2865
Hawa'iki Tower
88 Piikoi St. #404
Honolulu, Hawaii 96814
PH: 591-0250

COURT-APPOINTED
ATTORNEY FOR DEFENDANT-
APPELLANT
AMANDO GALINDO-PELAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee<br><br>vs.<br><br>AMADO GALINDO-PELAYO (09),<br><br>Defendant-Appellant. | CV. NO. 05-00090 HG-KSG<br>CR. NO. 03-00079-HG-01<br><br>EX PARTE MOTION FOR FUNDS<br>TO TRANSLATE 18 U.S.C. 2255<br>PROCEEDINGS AND ORDER |

EX PARTE MOTION FOR FUNDS TO TRANSLATE 18 U.S.C. 2255
PROCEEDINGS AND ORDER

AMANDO GALINDO-PELAYO, defendant-appellant above-named, through his C.J.A. counsel, Richard T. Pafundi, Esq. hereby requests funds to translate the transcript of the 18 U.S.C. 2255 proceedings.

Miguel Saibene has agreed to translate the proceedings at 14 cents per word, which is the statutory rate.

There are 5,050 words contained in the transcript. The total fee for the aforesaid translation is $707.00.

This service is required for the effective assistance of counsel, and for the defendant to fully understand the nature of the proceedings.

Dated: Honolulu, Hawaii,      1/10/06

Richard T. Pafundi, Esq.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED
COURT


U.S.A. VS. AMANDO GALINDO-PELAYO;
CIVIL NO. CV. NO. 05-00090 HG-KSG
CR. NO. 03-00079-HG-01
EX PARTE MOTION FOR FUNDS TO TRANSLATE 18 U.S.C. 2255
PROCEEDINGS AND ORDER

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Amado A. Galindo-Pelayo | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 03-00079 HG 01 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USv A.A. Galindo-Pelayo | 8. PAYMENT CATEGORY ☑Felony ☐Petty Offense ☐Misdemeanor ☐Other ☐Appeal | 9. TYPE PERSON REPRESENTED ☑Adult Defendant ☐Appellant ☐Juvenile Defendant ☐Appellee ☐Other: | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
21 USC 841

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☑ Authorization to obtain the service. Estimated Compensation and Expenses: $ 707.90 OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _____   Date 01-10-06
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization
ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Richard T. Pafundi  88 Piikoi #404  Honolulu, Hawaii 96814  Telephone Number: 808 591 0250

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Translation of a document app 500 words
Transcript of 18 USC 2255 proceedings

14. TYPE OF SERVICE PROVIDER
01 ☐ Investigator
02 ☑ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (Specify)

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | | | |

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Miguel A Saibene
P.O. Box 2508
Ewa Beach, Hawaii 96706
TIN: SS 576 41 9887
Telephone Number: 808 685 1709

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____
CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.
Signature of Claimant/Payee _____ Date 01-10-06

18. CERTIFICATION OF ATTORNEY  I hereby certify that the services were rendered for this case.
Signature of Attorney _____ Date 01-10-06

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____ Date _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED | Judge/Mag. Judge Code |
|---|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code _____