ORIGINAL

RICHARD T. PAFUNDI, ESQ. #2865
Hawa'iki Tower
88 Piikoi St. #404
Honolulu, Hawaii 96814
PH: 591-0250

COURT-APPOINTED
ATTORNEY FOR DEFENDANT-
APPELLANT
AMADO GALINDO-PELAYO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2006

at 11 o'clock and 59 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee<br><br>vs.<br><br>AMADO GALINDO-PELAYO (09),<br><br>Defendant-Appellant. | CV. NO. 05-00090 HG-KSG<br><br>CR. NO. 03-00079-001<br><br>WITHDRAWAL OF DEFENDANT-APPELLANT AMADO GALINDO-PELAYO'S NOTICE OF APPEAL |

WITHDRAWAL OF
DEFENDANT-APPELLANT AMADO GALINDO-PELAYO'S NOTICE OF APPEAL

AMADO GALINDO-PELAYO, defendant above-named, hereby withdraws his appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the Court denying his Motion to Vacate, Set Aside or Correct Federal Sentence entered

in this proceeding on the 20th day of December, 2005 on the grounds that if appellant succeeds in this appeal, appellants re-sentencing may be higher than the 108 months appellant was sentenced to initially, and appellant does not want to take that risk.

WITHDRAW MY APPEAL:

*Amado A. Galindo*
AMANDO GALINDO-PELAYO

Dated: Honolulu, Hawaii,    5/6/06

Richard T. Pafundi, Esq.
Court appointed attorney
AMANDO GALINDO-PELAYO